UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YOIL WEINGARTEN,

Defendant.

S3 19 Cr. 497-07 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

At the above Defendant's request, **an in-person Faretta Hearing for said Defendant is scheduled for November 2, 2022 at 1:45 pm in Courtroom 218**. The Government is directed to submit proposed questions to the Court on or before October 27, 2022.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

Dated:   October 24, 2022
         White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022