## THE LAW OFFICES OF SEAN M. MAHER, PLLC

MEMO ENDORSED

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2023__

March 12, 2023

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

The Court GRANTS Defendant's request to bring his jail laptop to legal meetings with his stand-by counsel. Because the Court understands that Defendant's laptop does not enable USBs, the Court only grants stand-by counsel's request to bring an external hard drive.

The Clerk of the Court is kindly directed to terminate the motion letter at ECF No. 824. Stand-by counsel is directed to provide a copy of this order to pro-se Defendant and file proof of service on the docket.

Dated: March 13, 2023
White Plains, NY

SO ORDERED:

*/s/ Hon. Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Yoil Weingarten*, 19 Cr. 497-07 (NSR)
Westchester County Jail No. 270863

Dear Judge Román:

I write as standby counsel for *pro se* Defendant Yoil Weingarten, who is detained at the Westchester County Jail. The Court has set a motions schedule requiring Mr. Weingarten to file motions by May 25, 2023.

I respectfully request the Court to endorse this letter (1) to permit Mr. Weingarten to bring his laptop computer to legal visits with me at the Westchester County Jail and (2) to permit me to bring an external hard drive or thumb drive to legal meetings with Mr. Weingarten to download motions, documents, and other necessary materials from Mr. Weingarten's laptop computer for the purpose of assisting Mr. Weingarten with making timely filings with the Court.

This application should be granted and be permitted by the Westchester County Jail with the understanding the jail would make this accommodation provided that essential jail safety protocols, policies, and procedures are preserved during the legal visit process.

The Court's consideration is greatly appreciated.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Standby counsel for Yoil Weingarten*

cc: All counsel via ECF