USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2023

**Memorandum Endorsement**
*United States v. Yoil Weingarten*
7:19-cr-497-7

The Court GRANTS Mr. Maher's request to appear via telephone for the in-person conference scheduled for September 7, 2023 at 11:00 am, in light of his teaching duties and *pro se* Defendant Yoil Weingarten's consent to this request.

To access the conference via telephone, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest.

Stand-by counsel are directed to provide a copy of this Order to *pro se* Defendants by any necessary means and file proof of service on the docket. Additionally, stand-by counsel are reminded to assist Defendants with any printing and filing issues as they arise. The next in-person Status Conference remains scheduled for September 7, 2023 at 11:00 am. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 871.

Dated: August 18, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

## THE LAW OFFICES OF SEAN M. MAHER, PLLC

August 17, 2023

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Yoil Weingarten*, 19 Cr. 497-07 (NSR)

Dear Judge Román:

      I write as standby counsel for *pro se* Defendant Yoil Weingarten to request permission to attend the September 7, 2023 court conference by telephone. The reason for the request is that I have been invited to teach in person at a law school trial advocacy program in Massachusetts from September 5-8, 2023. I have discussed this proposal with Mr. Weingarten, who has informed me that he consents to me appearing via telephone for the September 7 court conference. Mr. Weingarten, who is representing himself, will still appear in person for the conference.

      The Court's consideration is greatly appreciated.

                                                              Respectfully submitted,

                                                              _____/S/_____
                                                               Sean M. Maher
                                                               *Standby counsel for Yoil Weingarten*

cc:  All counsel via ECF
      Yoil Weingarten via U.S. mail