**MEMORANDUM ENDORSEMENT**

*United States v. Yoil Weingarten*
7:19-cr-497-NSR-7

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/2024
```

The Court is in receipt of the attached letter from Defendant Yoil Weingarten, filed February 2, 2024, providing the Court his anticipated witnesses list.

To the extent that the Court needs to SO ORDER any subpoenas, Defendant is directed to confer with Standby Counsel for submitting subpoenas to the Court.

Defendant is further directed to consult with Standby Counsel to arrange clothing for the anticipated witnesses and are advised that any materials given to or received by the witnesses will be subject to search.

Standby Counsel is directed to serve a copy of this endorsement on *pro se* Defendant by any necessary means and to file proof of service.

The Clerk of the Court is directed to terminate the motion at ECF No. 939.

Dated: February 5, 2024
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

cc: Standby Counsel (by ECF)

February 2, 2024

## Witness List & related motion

The undersigned anticipates calling the following witnesses at trial:

1. Rabbi Nachman Helbrans
2. Mayer Rosner

This list is not exhaustive; rather, depending on the Government's case-in-chief, the undersigned might call forward additional witnesses.

Since the above mentioned witnesses are incarcerated at FCI Fort Dix, New Jersey, the undersigned kindly asks the Honorable Court to issue subpoenas directing the US marshals to arrange their appearance for trial.

Additionally, the undersigned kindly asks the Honorable Court to direct the Marshals in writing that the above mentioned witnesses should be allowed to appear in ordinary clothing, and that the Marshals should accept the delivery of a set of clothing for each of them to utilize on the day of their testimony.

Yoil Weingarten

Pro se