USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

United States of America,

           -against-

YOIL WEINGARTEN,

           Defendant.

------------------------------------x

**ORDER**

S3 19 CR 497 (NSR)

To:   U.S. Marshals Service Southern District of New York
      300 Quarropas Street, White Plains, New York

      Upon the application of *pro se* defendant, YOIL WEINGARTEN, by his stand-by counsel, Sean M. Maher, and upon all proceedings previously had herein, it is hereby:

      **ORDERED** that defendant, YOIL WEINGARTEN (aka Yoil Weingarten), Westchester County Jail Inmate No. 270863, be permitted to receive non-prison clothing at the U.S. Marshals Office, SDNY White Plains, for trial, scheduled to begin on February 27, 2024. He is permitted to have the following clothing to wear in court during the trial:

1 Kaftan (robe with blue and grey stripes)
2 long white shirts
2 pants
1 Black yarmulke
2 Brown head shawls
1 pair of black shoes
2 pair of socks
1 Gartel (similar to soft belt, white and black stripes)

The Clerk of the Court is directed to terminate the motion at ECF No. 966.

Dated: White Plains, New York
        February 12, 2024

SO ORDERED:

_____
NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE