```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,

-against-

YOIL WEINGARTEN,

        Defendant.

------------------------------------x

**ORDER**

S3 19 CR 497 (NSR)

To:    Warden, Westchester County Corrections
        10 Woods Road, Valhalla, New York

        U.S. Marshals Service, Southern District of New York
        300 Quarropas Street, White Plains, New York

Upon the application of *pro se* defendant, YOIL WEINGARTEN, by his stand-by counsel, Sean M. Maher, and upon all proceedings previously had herein, it is hereby:

**ORDERED** that defendant, YOIL WEINGARTEN (aka Yoil Weingarten), Westchester County Jail Inmate No. 270863 be permitted to bring his laptop and external hard drive from the Westchester County Jail to the U.S. Courthouse, 300 Quarropas Street, White Plains, New York for use in court at trial scheduled to begin on February 27, 2024 until the completion of the trial.

The Clerk of the Court is directed to terminate the motion at ECF No. 967.

Dated: White Plains, New York
       February 12 , 2024

                                    SO ORDERED:

                                    _____
                                    NELSON S. ROMÁN
                                    UNITED STATES DISTRICT JUDGE