USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      Plaintiffs,

-against-

Yoil Weingarten,

                      Defendant.

19-CR-497-07 (NSR)

ORDER

---

NELSON S. ROMÁN, United States District Judge:

    Defendant Yoil Weingarten (the "Defendant") was convicted, after a jury trial, of five felony offenses and sentenced to a total of one hundred forty-four (144) months of incarceration, to be followed by five (5) years of supervised released, and order to immediately pay a special assessment of five hundred ($500.00) dollars.

    By letter received November 13, 2024, the Defendant appears to request that the Court permit him to pay the $500.00 special assessment fee in monthly installments. More specifically, Defendant informs the Court that to date he has made payments totaling $290.00, and requests that he be allowed to pay the remaining balance in quarterly $25.00 payments in order to permit him to use his commissary account funds to purchase food items which are not available at his designated detention facility. While Defendant acknowledges that Kosher food trays are available, his strict religious dietary needs are not being met because said meals contain processed food. The Defendant represents that he is a member of the Lev Tahor Community, and as such, is prohibited from having any "processed" food, inclusive of Kosher food. Accordingly, the Court GRANTS the Defendant's application and directs that the Defendant be permitted to pay-off the remaining balance of the Special Assessment, $210.00, in quarterly installment payments of $25.00.

The Court further directs the Federal Bureau of Prisons and FMC Devens to inquire about the availability of "non-processed" Kosher meals in order to address Defendant's daily dietary needs. The Federal Bureau of Prisons is directed to respond to the Court with their findings by December 6, 2024.

The Government is directed to transmit copies of this Order to the Federal Bureau of Prisons and FMC Devens. The Clerk of Court is directed to mail a copy of this Order, and show service on the docket, to *pro se* Defendant at: Yoil Weingarten, Reg. # 23081-510, FMC Devens, P.O. Box 879, Ayer, MA 01432.

SO ORDERED.

Dated:   November 15, 2024
         White Plains, New York

                                            NELSON S. ROMÁN
                                            United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Sergeant Abigail Adams
   Suffern Police Department
   61 Washington Avenue
   Suffern, NY 10901

2. Sergeant Nicholas Careswell
   Suffern Police Department
   61 Washington Avenue
   Suffern, NY 10901

3. Officer Michael Corletta
   Suffern Police Department
   61 Washington Avenue
   Suffern, NY 10901